[No. 4367–II.   Division Two.   July 22, 1981.]

SAFELITE INDUSTRIES, INC., *Appellant,* v. OSSIE
H. TRANUM, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Thurston County, No. 57578, Dale M. Nordquist, J.,
entered October 25, 1979. *Affirmed* by unpublished opinion
per Pearson, J., concurred in by Petrie, A.C.J., and Corbett,
J.

[No. 4173–II.   Division Two.   July 22, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES
HILYARD, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 54510, Waldo F. Stone, J., entered June 11,
1979. *Affirmed* by unpublished opinion per Johnson, J. Pro
Tem., concurred in by Petrie, A.C.J., and Petrich, J.

[No. 3981–1–III.   Division Three.   July 23, 1981.]

EMMA L. LINSCOTT, ET AL, *Respondents,* v. WILBUR
GRANT, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 66121, James B. Mitchell, J., entered
April 21, 1980. *Affirmed* by unpublished opinion per Green,
J., concurred in by Roe, A.C.J., and Munson, J.